| Fill in this information to identify the case: | |
|---|---|
| United States Bankruptcy Court for the: SOUTHERN DISTRICT OF INDIANA | |
| Case number *(if known)* | Chapter **11** |

☐ Check if this is an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Numerical Concepts Inc.** | |
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **35-1298083** | |
| 4. | Debtor's address | **Principal place of business**  **4040 E. 1st Parkway**  **Fort Harrison Industrial Park**  **Terre Haute, IN 47804**  Number, Street, City, State & ZIP Code  **Vigo**  County | **Mailing address, if different from principal place of business**  P.O. Box, Number, Street, City, State & ZIP Code  **Location of principal assets, if different from principal place of business**  **4040 E. 1st Parkway**  **Fort Harrison Industrial Park Terre Haute, IN 47804**  Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | **numericalconcepts.com** | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))  ☐ Partnership (excluding LLP)  ☐ Other. Specify: | |

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 1

Debtor  **Numerical Concepts Inc.**                                                                     Case number (*if known*) _____
               Name

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ■ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.
  __3339__

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11. *Check **all** that apply*:
  - ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

- ■ No.
- ☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

Debtor **Numerical Concepts Inc.**　　　Case number (*if known*)
　　　Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor　　　　　　　　　　　Relationship
District　　　　　When　　　　Case number, if known

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes.　Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
　What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
　　Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.　Insurance agency
　　　　Contact name
　　　　Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

☒ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Debtor **Numerical Concepts Inc.**  Case number (*if known*)
Name

☐ $50,001 - $100,000    ☐ $10,000,001 - $50 million    ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000    ☐ $50,000,001 - $100 million    ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million    ☐ $100,000,001 - $500 million    ☐ More than $50 billion

Debtor  **Numerical Concepts Inc.**　　　　　　　　　　　　　　　　Case number (*if known*)
　　　　　Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **August 11, 2025**
　　　　　　　MM / DD / YYYY

X **/s/ Nancy Seidel Jones**　　　　　　　　　　**Nancy Seidel Jones**
Signature of authorized representative of debtor　　Printed name

Title  **CEO**

**18. Signature of attorney**

X **/s/ Jason T. Mizzell**　　　　　　　　　　Date **August 11, 2025**
Signature of attorney for debtor　　　　　　　　　MM / DD / YYYY

**Jason T. Mizzell 30038-53**
Printed name

**Kroger, Gardis & Regas, LLP**
Firm name

**111 Monument Circle**
**Suite 900**
**Indianapolis, IN 46204**
Number, Street, City, State & ZIP Code

Contact phone  **317-692-9000**　　Email address  **jmizzell@kgrlaw.com**

**30038-53 IN**
Bar number and State

Official Form 201　　　　**Voluntary Petition for Non-Individuals Filing for Bankruptcy**　　　　page 5

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Numerical Concepts Inc.** |
| United States Bankruptcy Court for the: | **SOUTHERN DISTRICT OF INDIANA** |
| Case number (if known): | |

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders                                                                    12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| Airgas USA LLC<br>1339 N. 13th St.<br>Terre Haute, IN 47807 | | Trade debt | | | | $4,206.00 |
| American Express<br>P O Box 96001<br>Los Angeles, CA 90096-8000 | | Business Credit Card | | | | $22,610.00 |
| Barnes and Thornburg<br>201 S. Main St., Suite 400<br>South Bend, IN 46601 | | Attorney Fees | | | | $73,265.00 |
| Calder Capital<br>25 South Division, Suite 225<br>Grand Rapids, MI 49503 | | Trade debt | | | | $16,000.00 |
| Evansville Bolt & Nut Inc.<br>1701 E Columbia St<br>Evansville, IN 47711 | | Trade debt | | | | $4,967.00 |
| First Financial Bank, N.a.<br>Meadows Banking Center<br>350 South 25th Street<br>Terre Haute, IN 47803 | | Term loan | | $1,248,000.00 | $0.00 | $1,248,000.00 |
| GMA Garnet USA Corp<br>1780 Hughes Landing Suite 725<br>Spring, TX 77380-1684 | | Trade debt | | | | $6,825.00 |

Official form 204          Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims          page 1

Debtor **Numerical Concepts Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Haggard & Stocking Associates Inc.** 5318 Victory Dr. Indianapolis, IN 46203 | | **Trade debt** | | | | $3,989.00 |
| **Hausner Hard-Chrome Inc.** 3094 Medley Rd Owensboro, KY 42301 | | **Trade debt** | | | | $13,055.00 |
| **Incertec Heat Treating** 2243 Massachusetts Ave Indianapolis, IN 46218 | | **Trade debt** | | | | $3,140.00 |
| **Indiana Department of Revenue** 525 Honey Creed Drive Terre Haute, IN 47802 | | **Business Tax** | | | | $5,000.00 |
| **Internal Revenue Service** P O Box 1214 Charlotte, NC 28201-1214 | | **Business Tax** | | | | $345,000.00 |
| **Luke Jones** 230 Hamilton Drive Terre Haute, IN 47803 | | **Possible personal liability of business debt** | | | | $99,000.00 |
| **Nancy S. Jones** 5845 S. Canal St. Terre Haute, IN 47802 | | **Possible personal liability of business debt** | | | | $678,000.00 |
| **O'Neal Steel Inc.** 841 N Michigan Rd Shelbyville, IN 46176 | | **Trade debt** | | | | $4,540.00 |
| **Rempco Inc.** 251 Bell Ave. Cadillac, MI 49601 | | **Trade debt** | | | | $7,200.00 |
| **Sunbelt-Turrent Steel Inc.** 3820 W 74th St. Chicago, IL 60629 | | **Trade debt** | | | | $2,890.00 |
| **United Health** P O Box 31365 Salt Lake City, UT 84131-0365 | | **Medical Services** | | | | $20,000.00 |

Debtor **Numerical Concepts Inc.**　　　　　　　　　　　　　　　　Case number *(if known)*
　　　　　Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Vigo County Treasurer**<br>**191 Oak Street**<br>**Terre Haute, IN 47802** | | **Property Taxes** | | | | **$100,000.00** |
| **Visa**<br>**P O Box 4521**<br>**Carol Stream, IL 60197-4521** | | **Business Credit Card** | | | | **$37,621.00** |

Official form 204　　　　　　　　Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims　　　　　　　　page 3

Verification of Creditor List (rev 12/01/18)

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF INDIANA

In re: )  Case No. _____
**Numerical Concepts Inc.** )
_____ ) ☐ Check if this form is submitted with an amended creditor
                                                      ) list.
                        Debtor(s). )

## VERIFICATION OF CREDITOR LIST

(I/We) declare under penalty of perjury that all entities included or to be included in Schedules D, E/F, G, and H are listed in the creditor list submitted with this verification. This includes all creditors, parties to leases and executory contracts, and codebtors.

(I/We) declare that the names and addresses of the listed entities are true and correct to the best of (my/our) knowledge.

(I/We) understand that (I/we) must file an amended creditor list and pay an amendment fee if there are entities listed on (my/our) schedules that are not included in the creditor list submitted with this verification.

Dated:  **August 11, 2025**                              **/s/ Nancy Seidel Jones**
                                                                              **Nancy Seidel Jones**
                                                                              Signature of Debtor

                                                                              _____
                                                                              Signature of Joint Debtor

**(Note: Certificate of Service not required.)**

```
AIRGAS USA LLC
1339 N. 13TH ST.
TERRE HAUTE, IN 47807




AMERICAN EXPRESS
 P O BOX 96001
LOS ANGELES, CA 90096-8000




BARNES AND THORNBURG
201 S. MAIN ST., SUITE 400
SOUTH BEND, IN 46601




CALDER CAPITAL
25 SOUTH DIVISION, SUITE 225
GRAND RAPIDS, MI 49503




CENTERPOINT ENERGY
475 S 1ST ST
TERRE HAUTE, IN 47807




EVANSVILLE BOLT & NUT INC.
1701 E COLUMBIA ST
EVANSVILLE, IN 47711




FIRST FINANCIAL BANK, N.A.
MEADOWS BANKING CENTER
350 SOUTH 25TH STREET
TERRE HAUTE, IN 47803
```

```
GMA GARNET USA CORP
1780 HUGHES LANDING SUITE 725
SPRING, TX 77380-1684




HAGGARD & STOCKING ASSOCIATES INC.
5318 VICTORY DR.
INDIANAPOLIS, IN 46203




HAUSNER HARD-CHROME INC.
3094 MEDLEY RD
OWENSBORO, KY 42301




INCERTEC HEAT TREATING
2243 MASSACHUSETTS AVE
INDIANAPOLIS, IN 46218




INDIANA DEPARTMENT OF REVENUE
525 HONEY CREED DRIVE
TERRE HAUTE, IN 47802




INTERNAL REVENUE SERVICE
P O BOX 1214
CHARLOTTE, NC 28201-1214




LUKE JONES
230 HAMILTON DRIVE
TERRE HAUTE, IN 47803
```

```
NANCY S. JONES
5845 S. CANAL ST.
TERRE HAUTE, IN 47802




O'NEAL STEEL INC.
841 N MICHIGAN RD
SHELBYVILLE, IN 46176




REMPCO INC.
251 BELL AVE.
CADILLAC, MI 49601




SUNBELT-TURRENT STEEL INC.
3820 W 74TH ST.
CHICAGO, IL 60629




UNITED HEALTH
P O BOX 31365
SALT LAKE CITY, UT 84131-0365




VIGO COUNTY TREASURER
191 OAK STREET
TERRE HAUTE, IN 47802




VISA
P O BOX 4521
CAROL STREAM, IL 60197-4521
```

# United States Bankruptcy Court
## Southern District of Indiana

In re **Numerical Concepts Inc.**
Debtor(s)

Case No.
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Numerical Concepts Inc.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**August 11, 2025**
Date

**/s/ Jason T. Mizzell**
**Jason T. Mizzell 30038-53**
Signature of Attorney or Litigant
Counsel for **Numerical Concepts Inc.**
**Kroger, Gardis & Regas, LLP**
**111 Monument Circle**
**Suite 900**
**Indianapolis, IN 46204**
**317-692-9000 Fax:317-264-6832**
**jmizzell@kgrlaw.com**